# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| United States of America, | Consolidated Civil Action Nos. C2:99-CV-1182 and C2:99-CV-1250 |
| Plaintiff, | |
| | Judge Edmund A. Sargus, Jr. |
| State of New York, et al., | Magistrate Judge Terence P. Kemp |
| Plaintiff-Intervenors, | |
| v. | |
| American Electric Power Service Corp., et al., | |
| Defendant. | |
| Ohio Citizen Action, et al. | |
| Plaintiffs, | |
| American Electric Power Service Corp, et al. | |
| Defendants. | |

## ORDER GRANTING VALLEY WATCH, INC.'S MOTION TO DISMISS

This matter is before the Court on the motion of Valley Watch, Inc. to dismiss its claim in the above matter with prejudice. Having considered the motion, the Court finds it to be well-taken and proper. Therefore,

THE COURT ORDERS that the claim of Valley Watch, Inc. be dismissed with prejudice.

IT IS SO ORDERED.

Dated: 10-9-2007

UNITED STATES DISTRICT JUDGE

{H1030056.1}